Filing # 240045369 E-Filed 01/22/2026 11:33:10 AM

IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA

Case No.

Kathy Yuen-Ting Chan
    Plaintiff,

v.

The United States of America,
acting on behalf of the
Secretary of Housing and Urban Development
    Defendant

_____/

## COMPLAINT TO QUITE TITLE

Plaintiff, Kathy Yuen-Ting Chan, ("Plaintiff") sues Defendant the United States of America, acting on behalf of the Secretary of Housing and Urban Development ("HUD") (Defendant) in this Complaint to Quite Title under Florida Statute 65 and allege as follows:

### JURISDICTION AND VENUE

1. This is an action to quiet title to real property in Palm Beach County, Florida that exceeds Fifty Thousand Dollars ($50,000.00) in value.

2. The property is situated at 3715 Spring Crest Court, Lake Worth FL. 33467 LEGAL DESCRIPTION: Lot 153 CYPRESS WOODS II, according to the map or plat thereof, as recorded in Plat Book 62, Page(s) 147 through 151 of the Public Records of Palm Beach County, Florida. (Subject Property)

3. The venue is proper in this judicial circuit because the real property that is the subject of this action is in Palm Beach County, Florida.

### PARTIES

4. Plaintiff, Kathy Yuen-Ting Chan, is an individual over 21 years of age and resides

**GOVERNMENT EXHIBIT 1**

at 1381 Fairfax Cir E, Boynton Beach, FL 33436

5. Defendant The United States of America, acting on behalf of the Secretary of Housing and Urban Development ("HUD") with a Principal Address of 99 NE 4TH STREET, 13TH FLOOR, Miami, Florida 33132.

**GENERAL ALLEGATIONS**

6. Plaintiff owns the following real property located at: 3715 Spring Crest Court, Lake Worth FL. 33467 LEGAL DESCRIPTION: Lot 153 CYPRESS WOODS II, according to the map or plat thereof, as recorded in Plat Book 62, Page(s) 147 through 151 of the Public Records of Palm Beach County, Florida ("Subject Property")

7. Plaintiff's title to the Subject Property is derived from Certificate of Title

8. The title is deranged as follows (Composite EX A- Deeds):

   a. Oriole Homes Corp. to Irving and Reva Gertner ORB 10631 PG 8 on 9.11.1998

   b. Reva Gertner to Olga Sanchez ORB 17369 PG 5 on 8.9.2004

   c. Certificate of title OK BK 36042 PG 1505 To Kathy Yuen-Ting Chan 10.3.2025

9. After taking title through a foreclosure auction, Plaintiff discovered that Defendant was listed as the owner of abandoned mortgages. (Ex B- Mortgage Information)

10. Plaintiff has attempted to contact Defendant to seek a release and there was no response therefore Plaintiff was forced to seek removal of the abandoned mortgage via this action.

**COUNT I – QUIET TITLE**

11. Plaintiff repeats and realleges each allegation contained in paragraphs 1 through 10 as if fully set forth herein.

12. Plaintiff owns the Subject Property via certificate of title purchased at a foreclosure sale which removed all other party interests.

13. Defendant HUD mortgages have expired and are no longer enforceable due to abandonment and expiration of payment terms.

14. Defendants' failure to seek enforcement of the mortgages leave the void recorded documents to cloud Plaintiff's title ownership.

WHEREFORE, Plaintiff, respectfully requests this Honorable Court enter a declaration that title to the Subject Property is vested in Plaintiff alone, and that Defendant be declared to have abandoned their interest in the Subject Property, and as a consequence thereof, have no estate, right, title or interest in the Subject Property, that said Defendants be forever enjoined from asserting any estate, right, title or interest in the subject property adverse to Plaintiffs herein and award attorney's fees and cost as so stated in the settlement agreement and Florida Statute 701.

Respectfully submitted,

**Renee Marie Smith P.A.**

7711 North Military Trail, #482
Palm Beach Florida, FL  33410
Office: 866-839-1192

By: /s/ Renee M. Smith
Renee M. Smith
Florida Bar Number: 128228
Email: rms@reneemsmithesq.com
*Counsel for Plaintiff*

Return To:

MR. AND MRS. IRVING GERTNER
3715 SPRING CREST COURT
LAKE WORTH, FL 33467

Sep-11-1998 08:07am 98-354326
ORB 10631 Pg 81
Con 128,400.00 Doc 898.80

## SPECIAL WARRANTY DEED

THIS INDENTURE made this 4th day of September, 1998, between ORIOLE HOMES CORP., a Florida corporation, whose principal office is located at 1690 S. Congress Ave., Suite 200, Delray Beach, Florida 33445, hereinafter referred to as ("Grantor"), and Irving Gertner and Reva Gertner, husband and wife as Joint Tenants with Right of Survivorship whose post office address is 3715 SPRING CREST COURT LAKE WORTH _____, of the State of ___FLORIDA 33467___, ("Grantee").

### WITNESSETH:

That the Grantor, for and in consideration of the sum of TEN DOLLARS ($10.00) and other good and valuable consideration to it in hand paid by the said Grantee, the receipt of which is hereby acknowledged, has granted, bargained and sold to the Grantee and the Grantee's heirs and assigns, the following described real property situate, lying and being in Palm Beach County, Florida ("County"), to wit:

Lot 153, according to the Plat of Cypress Woods II, a P.U.D., recorded in Plat Book 62 at Pages 147-151 of the Public Records of Palm Beach County, Florida ("Plat").

This conveyance is made subject to the following:

1. All applicable zoning regulations and ordinances;

2. Real estate taxes for the year 1998 and subsequent years;

3. All covenants, agreements, conditions, reservations, restrictions, easements, plats, dedications of record;

4. The Declaration of Protective Covenants, Restrictions and Easements for Summer Chase recorded in Official Records Book 6059 at Page 778 of the Public Records of the County and any amendments thereto ("Declaration");

5. The Declaration of Protective Covenants of Cypress Woods and Summer Chase recorded in Official Records Book 6030, Page 765 of the Public Records of the County and any amendments thereto ("Master Declaration");

6. Palm Beach County Removal Agreement recorded in Official Records Book 6518, Page 1790 of the Public Records of the County (applicable to Lots 10 through 21, 82 through 88 and 99 through 101 only); and

7. Perpetual easement for encroachments now existing or hereafter existing caused by the settlement or movement of improvements or caused by minor inaccuracies in building or rebuilding.

The Grantee, by acceptance hereof, and by agreement with the Grantor, hereby expressly assumes and agrees to be bound by and to comply with all of the covenants, terms, conditions and provisions set forth and contained in the Declaration including, but not limited to, the obligations to pay assessments to Summer Chase Homeowners Association, Inc. as provided for therein; the Grantee expressly acknowledging and assuming the obligation to pay same and the Grantee expressly acknowledging that the Grantee is acquiring the above-described property subject to all of the terms, provisions, conditions, rights, privileges, obligations, easements and liens set forth and contained in the Declaration as well as those set forth on the Plat and in the Master Declaration. Grantee expressly acknowledges the existence of the Master Declaration and agrees to be bound by and comply with all of the covenants, terms, conditions and provisions set forth and contained therein, including but not limited to, the obligations to pay assessments to the Cypress Woods Lake Maintenance Association, Inc. Grantee expressly acknowledges and assumes the obligation to pay such assessments.

PARCEL I.D. # _____
SS# GRANTEE _____
SS# GRANTEE _____

AND THE GRANTOR does hereby warrant the title to the said prop
Grantor and will defend the same against the lawful claims of all persons cl
Grantor.

IN WITNESS WHEREOF, Grantor has caused these presents to be ex
seal to be hereunto affixed, by its proper officers thereunto duly authorized, th

Signed, Sealed And Delivered
In The Presence Of:

ORIOLE HOMES

_____
Print Name: MICKEY HARTNIK

By: _____
Joseph

_____
Print Name: WANDA J. SMITH

Attest: _____
Jo Ann L

(SEAL)

**WITNESSES:**

**ACCEPTED BY**

_____
Print Name: MICKEY HARTNIK

_____
Irving Gertner

_____
Print Name: WANDA J. SMITH

_____
Reva Gertner

STATE OF Florida

COUNTY OF Palm Beach

    The foregoing instrument was acknowledged before me this 4th (
Pivinski and Jo Ann Levy, the Vice President and Assistant Secretary, re:
Florida Corporation, on behalf of the Corporation. He/she is personally know

OFFICIAL NOTARY SEAL
MICKEY HARTNIK
NOTARY PUBLIC STATE OF FLORIDA
COMMISSION NO. CC583023
MY COMMISSION EXP. SEPT 25,2000

Notary Public
Prir

My Commission

(SEAL)

STATE OF Florida

COUNTY OF Palm Beach

    The foregoing instrument was acknowledged before me this 4th day c
and Reva Gertner who has/have produced Drivers License
identification and who _____ did, _____ did not take an oath.

OFFICIAL NOTARY SEAL
MICKEY HARTNIK
NOTARY PUBLIC STATE OF FLORIDA
COMMISSION NO. CC583023
MY COMMISSION EXP. SEPT 25,2000

Notary Public
Prir

My Commission

(SEAL)

This Instrument Prepared By:

Mickey Hartnik
**ORIOLE HOMES CORP.**
**1690 S. Congress Ave, Suite**
**Delray Beach, FL 33445**

NOT A CERTIFIED

```
CFN 20040458936
OR BK 17369 PG 0005
RECORDED 08/09/2004 10:28:18
Palm Beach County, Florida
AMT 255,000.00
Doc Stamp 1,785.00
Dorothy H Wilken, Clerk of Court
```

THIS INSTRUMENT PREPARED BY AND RETURN TO:

TITLE NETWORK SERVICES, INC.
2900 UNIVERSITY DRIVE
CORAL SPRINGS, FL 33065

Property Appraisers Parcel Identification (Folio) Number: 00-42-44-20-05-000-1530
Grantee SS #:

_____SPACE ABOVE THIS LINE FOR RECORDING DATA_____

THIS WARRANTY DEED, made the 21st day of June, 2004 by REVA GERTNER, a single woman, herein called the grantor, to OLGA SANCHEZ, a single woman whose post office address is 12950 NW 6TH TERRCE, MIAMI, FL, 33182, hereinafter called the Grantee:

*(Wherever used herein the terms "grantor" and "grantee" include all the parties to this instrument and the heirs, legal representatives and assigns of individuals, and the successors and assigns of corporations)*

W I T N E S S E T H: That the grantor, for and in consideration of the sum of TEN AND 00/100'S ($10.00) Dollars and other valuable considerations, receipt whereof is hereby acknowledged, hereby grants, bargains, sells, aliens, remises, releases, conveys and confirms unto the grantee all that certain land situate in PALM BEACH County, State of Florida, viz.:

> Lot 153, CYPRESS WOODS II, according to the plat thereof as recorded in Plat Book 62, Pages 147-151 of the Public Records of Palm Beach County, Florida.

TOGETHER, with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

TO HAVE AND TO HOLD, the same in fee simple forever.

AND, the grantor hereby covenants with said grantee that the grantor is lawfully seized of said land in fee simple; that the grantor has good right and lawful authority to sell and convey said land, and hereby warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever; and that said land is free of all encumbrances, except taxes accruing subsequent to December 31, 2004.

IN WITNESS WHEREOF, the said grantor has signed and sealed these presents the day and year first above written.

Signed, sealed and delivered in the presence of:

_____
Witness #1 Signature

MARY P. GRETEL
Witness #1 Printed Name

_____
Witness #2 Signature

JACK NEWMAN
Witness #2 Printed Name

_____
REVA GERTNER
3715 SPRING CREST COURT, LAKE WORTH, FL, 33467

STATE OF FLORIDA
COUNTY OF PALM BEACH

The foregoing instrument was acknowledged before me this 21st day of June, 2004 by REVA GERTNER who is personally known to me or has produced _____ as identification.

SEAL

Notary Public _____

Printed Notary Name _____

File No.:04M1460MG

## SUMMER CHASE HOMEOWNERS

C/O CUSTOM PROPERTY MANA(
2328 SOUTH CONGRESS AVEN
WEST PALM BACH, FLORI
(561) 439-1433    (561) 439-2

## CERTIFICATE OF APPROVA

Unit #: _153_

Address: _3715 Spring Crest Cou_

At the request of the present owner (s) of the above referenced pro

of the Summer Chase Homeowners Association, Inc. hereby certif

The transfer by _REVA GERTNER_

the above reference property to _OLGA SAN_

purchaser (s), has been duly approved by the undersigned o

This approval is subject to all maintenance fees and assessn

the date of the closing of this property.

Dated this ___15TH___ day of ___JUNE___ 200_4_

By: _Katherine M. Thibault_    By: _[signature]_

Title: _President/Director_    Title: _[illegible]_

Revised 1/1/04

Book17369/Page6

CFN 20250351946
**OR BK 36042 PG 1505**
RECORDED 10/3/2025 4:06 PM
AMT: $102,100.00
DEED DOC $714.70
Palm Beach County, Florida
Pgs: 1505 - 1505; (1pgs)

IN THE CIRCUIT COURT OF THE JUDICIAL
CIRCUIT IN AND FOR PALM BEACH COUNTY, FLORIDA

CASE NO. 502025CA001183XXXAMB

SUMMER CHASE HOMEOWNERS ASSOCIATION INC

Plaintiff(s) / Petitioner(s),

vs.

ESTATE OF OLGA SANCHEZ; ANY UNKNOWN HEIRS
DEVISEES CREDITORS AND ANY OTHER UNKNOWN
SPOUSES CLAIMING BY THROUGH AND UNDER THE
ESTATE OF OLGA SANCHEZ; et al

Defendant(s) / Respondent(s)

## CERTIFICATE OF TITLE

THE UNDERSIGNED CLERK OF this Circuit Court Certifies that a Certificate of Sale was executed and filed in this action on September 17, 2025 for the property described herein and that objections to the sale have either not been filed within the time allowed by statutory law or, if filed, have been heard by the court. The property in Palm Beach County, Florida is described as follows:

Lot 153, CYPRESS WOODS II, according to the plat thereof as recorded in Plat Book 62, Pages 147-151 of the Public Records of Palm Beach County, Florida

Property Address: 3715 Spring Crest Ct, Lake Worth, Fl 33467

was sold to:

**KATHY YUEN-TING CHAN**
**1381 Fairfax Cir E**
**Boynton Beach, FL 33436** .

WITNESS my hand and seal of this Court on October 03, 2025.

Michael A. Caruso, Clerk of the Circuit Court & Comptroller, Palm Beach County

By: _____
Deputy Clerk, Thomas Hardy

Consideration: $102,100.00
Documentary stamps: $714.70

FILED: PALM BEACH COUNTY, FL, MICHAEL A. CARUSO, CLERK, 10/03/2025 03:47:53 PM